### UNITED STATES of America, Plaintiff–Appellee

v.

### Guadalupe MARTINEZ, Defendant– Appellant.

### No. 09–10436 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2010.

C. Richard Baker, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant– Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Guadalupe Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez has filed a response. Our independent review of the record, counsel's brief, and Martinez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.